CHRISTOPHER G. RENNER (*Pro Hac Vice*)
  chrisrenner@dwt.com
DOUGLAS E. LITVACK (*Pro Hac Vice*)
  douglitvack@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW; Suite 800
Washington, D.C.  20006
Telephone:  (202) 973-4200
Facsimile:   (202) 973-4499

ADAM S. SIEFF (State Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Facsimile:   (213) 633-6899

EVERETT W. JACK, JR. (State Bar No. 313870)
  everettjack@dwt.com
JOHN F. MCGRORY, JR. (*Pro Hac Vice*)
  johnmcgrory@dwt.com
ASHLEE AGUIAR (*Pro Hac Vice*)
  ashleeaguiar@dwt.com
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2300
Portland, Oregon  97201
Telephone:  (503) 241-2300
Facsimile:   (503) 778-5299

Attorneys for Plaintiff
The PLS.com, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| The PLS.com, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>        vs.<br><br>The National Association of Realtors; Bright MLS, Inc.; Midwest Real Estate Data, LLC; and California Regional Multiple Listing Service, Inc.,<br><br>                    Defendant. | Case No. 2:20-cv-04790-JWH-RAO<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:      November 19, 2020<br>Time:      N/A<br>Dept.:      Courtroom 2<br><br>Assigned to the Hon. John W. Holcomb<br><br>Action Filed:      May 28, 2020 |

PLAINTIFF'S NOTICE OF SUPP. AUTHORITY
(Case No. 2:20-cv-04790-JWH-RAO)

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

PLS.com respectfully submits this Notice of Supplemental Authority in support of its Opposition (ECF 62) to the pending motions to dismiss and strike.

On November 19, 2020, the U.S. Department of Justice Antitrust Division filed a complaint, and simultaneously announced that it had entered into a proposed consent decree, in an antitrust brought action against defendant National Association of Realtors ("NAR"). *See* Compl., *United States v. Nat'l Ass'n of Realtors*, No. 1:20-CV-3356, ECF No. 1 (D.D.C. Nov. 19, 2020) (attached hereto as Ex. 1). In that case, the United States alleged that NAR had "adopted a series of rules, policies, and practices . . . that have been widely adopted by NAR's members resulting in a lessening of competition among real estate brokers to the detriment of American home buyers." *Id.*, ¶ 1.

Three factual determinations underlying the United States' allegations, and the resulting proposed consent decree, are relevant to the instant case.

***First***, the United States determined that "MLSs are joint ventures . . . generally comprised of nearly all residential real estate brokers and their affiliated agents in an MLS's service area" that "possess and exercise market power in the markets for the provision of real estate brokerage services[.]" *Id.*, ¶¶ 9-10.

***Second***, the United States determined that "NAR, through its Member Boards, controls a substantial number of MLSs in the United States" by "promulgat[ing]" and "enforc[ing]" the "rules, policies, and practices governing the conduct of NAR-affiliated MLSs that are set forth annually in the Handbook on Multiple Listing Policy ('Handbook')." *Id.*, ¶¶ 11-12. "Under the terms of the Handbook, affiliated REALTOR® associations and MLSs 'must conform their governing documents to the mandatory MLS policies established by [NAR's] Board of Directors to ensure continued status as member boards and to ensure coverage under the master professional liability insurance program.'" *Id.*, ¶ 11 (alteration original).

1

***Third***, the United States determined that the "adoption and enforcement of these rules, policies, and practices . . . reflect concerted action between horizontal competitors." *Id.*, ¶ 15.

PLS respectfully submits that the United States' determinations, and the resulting proposed consent decree, support PLS's allegations and arguments that the NAR rules provide a conduit through which competing MLSs can set and enforce concerted horizontal action, and that the Clear Cooperation Policy is such a horizontal restraint.

2

PLAINTIFF'S NOTICE OF SUPP. AUTHORITY
(Case No. 2:20-cv-04790-JWH-RAO)

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DATED: November 19, 2020

**DAVIS WRIGHT TREMAINE LLP**
CHRISTOPHER G. RENNER
DOUGLAS E. LITVACK
EVERETT W. JACK, JR.
JOHN F. MCGRORY, JR.
ADAM S. SIEFF
ASHLEE AGUIAR


By:    /s/ *Christopher G. Renner*
        Christopher G. Renner

Attorneys for Plaintiff
The PLS.com, LLC

3

PLAINTIFF'S NOTICE OF SUPP. AUTHORITY
(Case No. 2:20-cv-04790-JWH-RAO)

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing        on:

Ethan C Glass
Quinn Emanuel Urquhart and Sullivan LLP
1300 I Street NW Suite 900
Washington, DC 20005
202-538-8265
Fax: 202-538-8100
Email: ethanglass@quinnemanuel.com

Jerrold E Abeles
Arent Fox LLP
555 West Fifth Street 48th Floor
Los Angeles, CA 90013-1065
213-629-7400
Fax: 213-629-7401
Email: jerry.abeles@arentfox.com

Robert J Hicks
Gresham Savage Nolan & Tilden
3403 Tenth Street, Suite 700
Riverside, CA 92501
909-684-2171
Fax: 909-684-2150
Email: robert.hicks@streamkim.com

Of Attorneys for Defendants

☐    by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐    by causing a copy thereof to be hand-delivered to said attorney's address as shown above on the date set forth below;

☐    by personally handing a copy thereof to said attorney on the date set forth below;

☐    by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below;

☐    by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below; or

☒    by using Cm/ECF electronic service.

1

PLAINTIFF'S NOTICE OF SUPP. AUTHORITY
(Case No. 2:20-cv-04790-JWH-RAO)

DATED: November 19, 2020

**DAVIS WRIGHT TREMAINE LLP**
CHRISTOPHER G. RENNER
DOUGLAS E. LITVACK
EVERETT W. JACK, JR.
JOHN F. MCGRORY, JR.
ADAM S. SIEFF
ASHLEE AGUIAR


By: _/s/ Christopher G. Renner_
           Christopher G. Renner

Attorneys for Plaintiff
The PLS.com, LLC

2

PLAINTIFF'S NOTICE OF SUPP. AUTHORITY
(Case No. 2:20-cv-04790-JWH-RAO)

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899